UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                                                  Case No. 8:12-CR-205-T-17MAP

NATHANIEL HARRIS,
NAPOLEAN HARRIS,
CHARLIE GREEN,
JERRY GREEN,
COREY HARRIS,
DEONTE MARTIN
_____/

**REPORT AND RECOMMENDATION**

Before me is Defendant Charlie Green's motion to suppress evidence seized as a result of an unlawful stop and search of the vehicle he was driving (doc. 487) and the government's response (doc. 579). I held an evidentiary hearing on the motion on March 23, 2016. At the hearing, the government conceded the motion and, as a result, it is

RECOMMENDED:

1. Defendant Charlie Green's motion to suppress evidence seized as a result of an unlawful stop and search of the vehicle he was driving (doc. 487) be DENIED as moot.[1]

IT IS SO REPORTED at Tampa, Florida on March 23, 2016.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

---

[1] The reason for the government's concession is related to its concession of Charlie Green's motion to suppress certain cell phone records (doc. 506). I recommended that motion be denied as well (*see* doc. 601).

**NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.