UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:12-CR-205-T-17MAP

CHARLIE L. GREEN.

_____/

ORDER

This cause is before the Court on:

Dkt. 766 Motion in Limine
Dkt. 767 Response

Defendant Charlie L. Green moves to exclude testimonial and documentary evidence, and reference in opening statements and closing arguments, relating to the federal law enforcement agency's internal reference to the investigation in this matter as "Operation Slaughta [Slaughter] House."

Defendant Green argues that this information is not relevant, and that the probative value of the information is substantially outweighed by a danger of unfair prejudice.

The Government does not oppose Defendant Green's Motion in Limine.

After consideration, the Court grants the Unopposed Motion in Limine. Accordingly, it is

Case No. 8:12-CR-205-T-17MAP

**ORDERED** that Defendant Green's Unopposed Motion in Limine (Dkt. 766) to exclude testimonial and documentary evidence, and reference in opening statements and closing arguments, relating to "Operation Slaughta [Slaughter] House" is **granted**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this ___4th___ day of May, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record