UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                          CASE NO.  8:12-CR-205-T-17MAP

ANGEL VILLANUEVA, et al.

_____/

ORDER

This cause is before the Court on:

| | |
|---|---|
| Dkt. 487 | Motion to Suppress Evidence Seized as a Result of an Unlawful Stop and Search of the Vehicle He Was Driving (CGMS #2)(Charlie Green) |
| Dkt. 579 | Government's Response in Opposition to Charlie Green's Motion to Suppress Evidence Obtained Pursuant to January 4, 2013 Traffic Stop (CGMS #2) |
| Dkt. 642 | Report and Recommendation |
| Dkt. 742 | Transcript |

The above Motion to Suppress was referred to the assigned Magistrate Judge to conduct a hearing, if necessary, and for a Report and Recommendation.  An evidentiary hearing was conducted on March 23, 2016 (Dkt. 742).  The assigned Magistrate Judge has entered a Report and Recommendation in which it is recommended that the above Motion be denied as moot.  At the evidentiary hearing, the Government conceded the Motion (Dkt. 742, p. 80.)

The evidence that Defendant Charlie Green seeks to suppress includes two plastic bags containing marijuana residue seized during the traffic stop, Defendant Charlie Green's statements in response to Detective Wolfe's questions and any other statements attributed to Defendant Green during the traffic stop, and the U.S. currency found during the search of Defendant Green.

Case No. 8:12-CR-205-T-17MAP

The evidence Defendant Charlie Green seeks to suppress will not be offered in the Government's case-in-chief.

The Court has independently reviewed the Motion, Response and the Transcript. No objections to the Report and Recommendation have been filed. After consideration, the Court adopts the Report and Recommendation. Accordingly, it is

**ORDERED** that the Report and Recommendation (Dkt. 642) is **adopted**. Defendant Charlie Green's Motion to Suppress Evidence Seized Evidence Seized as a Result of an Unlawful Stop and Search of the Vehicle He Was Driving (CGMS #2)(Dkt. 487) is **denied as moot**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 31st day of May, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record